IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WALTER JAMES FLINT,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, A Delaware Corporation;<br><br>　　　　　　　Defendant. | **8:20CV27**<br><br>**ORDER** |

　　　This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice (Filing No. 47). The Court being advised in the premises finds that such an Order is proper.

　　　IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with each party to bear their own costs and attorney fees.

　　　Dated this 2nd day of September, 2021.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge